UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 08-0628 ABC |
| Plaintiff, ) | |
| v. ) | ORDER RE: DEFENDANT'S MOTION IN LIMINE TO PRECLUDE TESTIMONY OF EXPERTS |
| MARIO SERRANO-ARREDONDO, ) | |
| Defendant. ) | |

Currently before the Court is Defendant's Motion in Limine to Preclude Testimony of Experts ("Motion"), filed October 8, 2008. The Government's opposition to the Motion was filed on October 15, 2008, and Defendant's reply was filed on October 20, 2008. Defendant seeks to exclude the testimony of two experts identified by the Government: a Fingerprint Examiner (likely either William Watling or Herbert Bruning); and Citizenship and Immigration Section Manager Preston W. Prater.

As to the Fingerprint Examiner, Defendant's motion is GRANTED. Defendant has agreed to stipulate to the fact that he is indeed the same person who was previously removed from the United States on the two occasions charged in the indictment. Thus there will be no need

for any testimony to establish that Defendant's fingerprints match the prints on the Warrants of Removal at issue.  Further, evidence of Defendant's prior convictions is irrelevant to the elements of the offense charged.

    As to Mr. Prater, Defendant's motion is GRANTED IN PART, in that Mr. Prater shall not be allowed to offer expert testimony in the Government's case in chief.  Mr. Prater's expert testimony will not be necessary for the Government to establish a prima facie case that Defendant appears to be a Mexican national.  Depending on how Defendant presents his defense of acquired United States citizenship, Mr. Prater's testimony may be allowable on rebuttal.  The Court will revisit this issue at the appropriate time.

**DATED:**   October 27, 2008

_____

**AUDREY B. COLLINS**
**UNITED STATES DISTRICT JUDGE**

2